1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   DANBEE C. KIM (Cal. Bar No. 350014)
4  Assistant United States Attorney
   Environmental Crimes and Consumer Protection Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:    (213) 894-6530
7       Facsimile:    (213) 894-0141
        Email:    Danbee.kim2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| UNITED STATES OF AMERICA, | No. 8:25-MJ-549 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ARTURO HERMOSILLO and JULIAN PECORA CARDENAS, | |
| Defendant. | |

19      The Court has read and considered the United States' Motion to

20  Dismiss Without Prejudice Complaint Against Defendants Arturo

21  Hermosillo and Julian Pecora Cardenas Pursuant to Federal Rule of

22  Criminal Procedure 48(a).  Finding good cause therefore and that

23  dismissal is in the interests of justice, the Court hereby GRANTS the

24  MOTION and ORDERS as follows:

25      1.   The complaint is hereby DISMISSED without prejudice as to

26  defendants Arturo Hermosillo and Julian Pecora Cardenas.

27  //

28  //

2.    Defendants Arturo Hermosillo and Julian Pecora Cardenas'
bond are exonerated.

IT IS SO ORDERED.


July 29, 2025
DATE

*Karen E. Scott*

HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/

Danbee Kim
Assistant United States Attorney